THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
John Roe and Jane Roe, Respondents,
v.
 South Carolina Department
 of Social Services, Lisa S.,
 Edward C., Ray H., Michael
 C., Pedro A.V., and John Doe, Defendants,
Of whom Lisa S. is theAppellant.
In the interest of a minor child under the age of 18.
 
 
 

Appeal From Greenville County
Rochelle Y. Conits, Family Court Judge

Unpublished Opinion No. 2011-UP-420
Submitted September 1, 2011  Filed September 9, 2011   

AFFIRMED

 
 
 
Andrew
 R. Havran, of Greer, for Appellant.
Vanessa
 Kormylo, of Greenville, for Respondents.
Robert
 A. Clark, of Greenville, for Guardian ad Litem.
Deborah
 Murdock, of Mauldin, for South Carolina Department of Social Services. 
 
 
 

PER
 CURIAM: Lisa S. appeals the family court's final order terminating
 her parental rights to her minor child.  See S.C. Code Ann. § 63-7-2570
 (2010).  Upon a thorough review of the record and the family court's findings of facts and
 conclusions of law, pursuant to Ex Parte Cauthen, 291 S.C. 465, 354
 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. 
 Accordingly, we affirm the family court's ruling.
AFFIRMED.[1]
HUFF, PIEPER,
 and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.